IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CHRISTOPHER BASKIN,  )<br>  )<br>   Defendant.  ) | Case No. 8:15CR63<br><br>ORDER |

This case is before the court on the defendant Christopher Baskin's Motion to Reopen Detention Hearing (#44). The defendant moves the court for release and placement with one of two proposed third-party custodians. The motion is denied without hearing.

A review of the docket shows the defendant is currently charged with three counts: Ct. 1, Conspiracy to distribute and possession with intent to distribute 50 grams or more of methamphetamine; Ct. 2, distribution of 50 grams or more of methamphetamine; and Ct. 3, PWID 50 grams or more of methamphetamine, each punishable by 5-40 years imprisonment, a fine up to $5,000,000, four years of supervised release, and a $100 special assessment.

A review of the defendant's March 13, 2015, Pretrial Services Report (#31), and the court's March 13, 2015, Detention Order (#38), shows the defendant has a significant prior criminal record, and attempted to flee from the Omaha Police Department in a high-speed chase on February 9, 2015. In addition, the defendant's proposed plan of release fails to establish by clear and convincing evidence that he is neither a flight risk nor a danger under

18 U.S.C. § 3143.  I find the defendant has failed to carry his burden and that he should be detained for trial or further order of the court.

    **IT IS ORDERED:** The defendant Christopher Baskin's Motion to Reopen Detention Hearing (#44) is denied without hearing.

    Dated this 11th day of May 2015.

                                BY THE COURT:

                                s/ F.A. Gossett, III
                                United States Magistrate Judge