**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:15CR63 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| **CHRISTOPHER BASKIN,** | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the government's Motion To Dismiss without Prejudice the Indictment (Filing No. 67). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment without prejudice against the Defendant, Christopher Baskin.

IT IS ORDERED that the government's Motion To Dismiss without Prejudice the Indictment (Filing No. 67) is granted, and this action is dismissed, without prejudice against the Defendant, Christopher Baskin.

DATED this 23rd day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge